■■■ LINDA McGAHEY et al., Appellants, v TOPS MARKETS, INC., Doing Business as WILSON FARMS NEIGHBORHOOD FOOD STORES, Respondent, et al., Defendant. (Appeal No. 1.) [751 NYS2d 893] —Appeal from an order of Supreme Court, Niagara County (Lane, J.), entered August 10, 2001, which denied plaintiffs' motion to set aside the jury verdict.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435; *see also* CPLR 5501 [a] [1]). Present—Hayes, J.P., Hurlbutt, Kehoe, Burns and Lawton, JJ.